UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 03-30013 MAP |
| | ) | |
| vs. | ) | VIOLATIONS: |
| | ) | |
| CARLOS SANTIAGO, | ) | 21 U.S.C. § 841(a)(1) - |
| | ) | Possession with Intent to |
| Defendant. | ) | Distribute Crack Cocaine (Count One) |

DOCKETED

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**: **Title 21, United States Code, Sections 841(a)(1) - Possession with Intent to Distribute Cocaine Base**

1. On or about January 31st, 2002, at 92 Jackson Street, Holyoke, Massachusetts,

**CARLOS SANTIAGO,**

defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, a substance controlled under Schedule I, Title 21, United States Code, Section 812;

2. The offense described in Count One of this Indictment involved fifty grams or more of a mixture or substance containing cocaine base. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) applies to this case.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(iii) and Title 18, United States Code, Section 2

I hereby certify on 4/5/07 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☒ electronically filed original filed on 3/18/03
☐ original filed in my office on ________
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: [signature]
Deputy Clerk



12

A TRUE BILL

Randolph J. Fedow
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

DISTRICT OF MASSACHUSETTS: March 18, 2003

Returned into the District Court by the Grand Jurors and filed at 3:28pm

DEPUTY CLERK OF THE COURT