CLOSED, PRIOR

**United States District Court**
**District of Massachusetts (Springfield)**
**CRIMINAL DOCKET FOR CASE #: 3:03-cr-30013-MAP-ALL**

Case title: USA v. Santiago
Magistrate judge case number: 3:03-mj-00631 3 _ cviu

Date Filed: 03/18/2003

CR07-465

Assigned to: Judge Michael A Ponsor

**Defendant**

**Carlos Santiago** (1)
*TERMINATED: 11/12/2003*

represented by **William J. O'Neil**
7 Stockbridge Street
Springfield, MA 01103
413-733-6821
Fax: 413-746-4069
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841A=CD.F POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE, A SCHEDULE I CONTROLLED SUBSTANCE (1) | 57 months imprisonment; Jud. Rec: Def be allowed to participate in 500 hour intensive substance abuse program; That he serve his sentence at Federal Facility located in Ft. Devens, MA; and that he be given full credit for time spent in custody for these charges from 1/31/02 to 3/12/03; Def. shall self surrender on 12/5/03; Supervised release 4 yrs; poss. no firearm; Substance abuse treatment and testing if ordered by probation and payment for such treatment based on ability to pay; $100.00 Assessment fee due immediately; |

I hereby certify on 4/5/07 that the foregoing document is true and correct copy of the
☒ electronic docket in the captioned case
☐ electronically filed original filed on
☐ original filed in my office on
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: [signature]
Deputy Clerk

**Highest Offense Level (Terminated)**

Felony

**Complaints** **Disposition**

None

**Notice**

**Pretrial Services**

**Plaintiff**

**USA** represented by **William M. Welch, II**
United States Attorney's Office
Suite 310
1550 Main Street
Springfield, MA 01103
413-785-0237
Fax: 413-785-0394
Email: william.welch2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/04/2003 | 1 | COMPLAINT as to Ferdinand Santiago, Maribel Roman, Carlos Santiago, filed. [ 3:03-m -631 ] (bah) (Entered: 03/10/2003) |
| 03/10/2003 | | SPANISH INTERPRETER NEEDED FOR CARLOS SANTIAGO AND MARIBEL ROMAN. [ 3:03-m -631 ] (bah) (Entered: 03/10/2003) |
| 03/10/2003 | | Initial appearance as to Ferdinand Santiago, Maribel Roman, Carlos Santiago held. Preliminary Examination set for 2:00 n 3/20/03 for Ferdinand Santiago, for Maribel Roman, for Carlos Santiago (Defendant informed of rights.) [ 3:03-m -631 ] (bah) (Entered: 03/13/2003) |
| 03/10/2003 | 2 | Mag. Judge Kenneth P. Neiman. CLERK'S NOTES as to Ferdinand Santiago, Maribel Roman, Carlos Santiago re: initial appearance. Defts advised of rights. Govt seeks detention re: Defts Santiago. Deft Roman released on conditions. Matter continued for detention hearing on 3/12/03 at 2:00 p.m. Preliminary exam/arraignment set for 3/20/03 at 2:00 p.m. Court Reporter: tape no. 03-24 [ 3:03-m -631 ] (bah) (Entered: 03/13/2003) |
| 03/10/2003 | 5 | Mag. Judge Kenneth P. Neiman. ORDER for Temporary Detention as to Ferdinand Santiago, Carlos Santiago, ENTERED. [ 3:03-m -631 ] (bah) (Entered: 03/13/2003) |
| | | |

| | | |
|---|---|---|
| 03/10/2003 | 10 | MOTION by USA as to Ferdinand Santiago, Carlos Santiago for detention , filed. [ 3:03-m -631 ] (bah) (Entered: 03/13/2003) |
| 03/12/2003 | 6 | Mag. Judge Kenneth P. Neiman. CLERK'S NOTES as to Ferdinand Santiago, Carlos Santiago re: detention hearing. Interpreter (M. Savchuk) sworn. Arguments heard. Deft Ferdinand Santiago ordered detained pending trial. Deft Carlos Santiago released on conditions. Prelim. exam and/or arraignment set for 3/20/03 at 2:00 p.m. Court Reporter: tape no. 03-25 [ 3:03-m -631 ] (bah) (Entered: 03/13/2003) |
| 03/12/2003 | 7 | NOTICE of Appearance of counsel for Carlos Santiago by Attorney William J. O'Neil. [ 3:03-m -631 ] (bah) (Entered: 03/13/2003) |
| 03/12/2003 | 8 | CJA 23 FINANCIAL AFFIDAVIT by Carlos Santiago, filed. [ 3:03-m -631 ] (bah) (Entered: 03/13/2003) |
| 03/12/2003 | 11 | Mag. Judge Kenneth P. Neiman. ORDER Setting Conditions of Release for Carlos Santiago ENTERED, cc:cl. [execute $10,000 unsec. bond; report to PTS 2-3 times/wk; actively seek empl; travel restricted to MA; obtain no passport; no drugs; random drug testing; participate in drug treatment as deemed appropriate by PTS] [ 3:03-m -631 ] (bah) (Entered: 03/13/2003) |
| 03/12/2003 | | $10,000 Unsecured Apr BOND entered as to Carlos Santiago . [ 3:03-m -631 ] (bah) (Entered: 03/13/2003) |
| 03/18/2003 | 12 | INDICTMENT returned Carlos Santiago (1) count 1. (Preliminary Examination cancelled.) (bah) (Entered: 03/18/2003) |
| 03/20/2003 | | Arraignment as to Carlos Santiago held re: count 1. (bah) (Entered: 03/21/2003) |
| 03/20/2003 | | PLEA entered by Carlos Santiago. Court accepts plea. Not Guilty: Carlos Santiago (1) count 1 (bah) (Entered: 03/21/2003) |
| 03/20/2003 | 13 | Mag. Judge Kenneth P. Neiman. SCHEDULING ORDER as to Carlos Santiago setting Status Conference for 10:00 on 5/1/03 before Mag. Judge Kenneth P. Neiman ENTERED, cc:cl. (bah) (Entered: 03/21/2003) |
| 03/28/2003 | 14 | Notice by Carlos Santiago re Automatic Disclosure filed. (bah) (Entered: 04/01/2003) |
| 05/01/2003 | 15 | Final Joint submission of the parties, by Carlos Santiago, USA under Local Rule 116.5(C) (mef) (Entered: 05/01/2003) |
| 05/01/2003 | | Status conference as to Carlos Santiago held. (bah) (Entered: 05/02/2003) |
| 05/01/2003 | 16 | Mag. Judge Kenneth P. Neiman. CLERK'S NOTES as to Carlos Santiago re: status conf. Matter converted to a final status conf. Pretrial conf. set for 5/23/03 before D/J Ponsor. Report to issue. Court Reporter: tape no. 03-48,49 (bah) (Entered: 05/02/2003) |
| 05/01/2003 | 17 | Mag. Judge Kenneth P. Neiman. Final STATUS REPORT filed by Magistrate as to Carlos Santiago setting pretrial conf. for 3:00 on 5/23/03 before Judge Michael A. Ponsor, cc:cl. (bah) (Entered: 05/02/2003) |

| | | |
|---|---|---|
| 05/02/2003 | 18 | Mag. Judge Kenneth P. Neiman. ORDER ON EXCLUDABLE DELAY as to Carlos Santiago ENTERED, cc:cl. Time ordered excluded from 3/20/03 to 4/17/03. (bah) (Entered: 05/02/2003) |
| 05/02/2003 | | CASE NO LONGER REFERRED TO Mag. Judge Kenneth P. Neiman . (bah) (Entered: 05/02/2003) |
| 05/15/2003 | 19 | NOTICE issued of Hearing/Conference as to Carlos Santiago, reset status conference for 3:30 5/27/03 for Carlos Santiago before Judge Michael A. Ponsor (laf) (Entered: 05/15/2003) |
| 05/27/2003 | 20 | Clerk's Notes for proceedings held before Judge Michael A Ponsor :Status Conference as to Carlos Santiago held on 5/27/2003 Motion to suppress if any by 6/13/03 or confirmation of plea; oppo to motion 6/27/03 (Court Reporter A. Moran.) (French, Elizabeth) (Entered: 06/05/2003) |
| 06/24/2003 | 21 | NOTICE OF HEARING as to Carlos Santiago Change of Plea Hearing set for 7/9/2003 02:00 PM in Courtroom 2 before Honorable Michael A Ponsor. (French, Elizabeth) (Entered: 06/24/2003) |
| 07/09/2003 | 22 | Clerk's Notes for proceedings held before Judge Michael A Ponsor :Change of Plea Hearing as to Carlos Santiago held on 7/9/2003 (Court Reporter A. Moran.) (French, Elizabeth) (Entered: 07/15/2003) |
| 07/09/2003 | | Clerk's Notes for proceedings held before Judge Michael A Ponsor :Plea entered by Carlos Santiago (1) Guilty Count 1. Sentencing set for 11/7/03 at 2:00 p.m. (Interpreter Myriam Sauchuk) (Court Reporter A. Moran.) (French, Elizabeth) (Entered: 07/15/2003) |
| 07/09/2003 | | Set/Reset Hearings as to Carlos Santiago : Sentencing set for 11/7/2003 02:00 PM in Courtroom 2 before Honorable Michael A Ponsor. (French, Elizabeth) (Entered: 07/15/2003) |
| 07/09/2003 | 23 | Judge Michael A Ponsor : ORDER entered PROCEDURAL ORDER re sentencing hearing as to Carlos Santiago Sentencing set for 11/7/2003 02:00 PM in Courtroom 2 before Honorable Michael A Ponsor. (French, Elizabeth) (Entered: 07/15/2003) |
| 07/09/2003 | 24 | PLEA AGREEMENT as to Carlos Santiago (French, Elizabeth) (Entered: 07/15/2003) |
| 11/07/2003 | | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor :Sentencing held on 11/7/2003 for Ct 1. (Court Reporter Sara Mubarek.) (French, Elizabeth) (Entered: 11/12/2003) |
| 11/12/2003 | 25 | Judge Michael A Ponsor : ORDER entered JUDGMENT as to Carlos Santiago (1), Count(s) 1, 57 months imprisonment; Jud. Rec: Def be allowed to participate in 500 hour intensive substance abuse program; That he serve his sentence at Federal Facility located in Ft. Devens, MA; and that he be given full credit for time spent in custody for these charges from 1/31/02 to 3/12/03; Def. shall self surrender on 12/5/03; Supervised release 4 yrs; poss. no firearm; Substance abuse treatment and testing if ordered by probation and payment for such treatment based on ability to |

| | | |
|---|---|---|
| | | pay; $100.00 Assessment fee due immediately; (French, Elizabeth) (Entered: 11/12/2003) |
| 11/12/2003 | 26 | Judge Michael A Ponsor : ORDER entered STATEMENT OF REASONS as to Carlos Santiago (French, Elizabeth) (Entered: 11/12/2003) |
| 11/25/2003 | 27 | Dft's MOTION to stay execution of sentence as to Carlos Santiago. (Lindsay, Maurice) (Entered: 11/25/2003) |
| 11/26/2003 | | Judge Michael A Ponsor : electronic ORDER entered granting 27 Motion Stay of execution as to Carlos Santiago (1) (French, Elizabeth) (Entered: 11/26/2003) |
| 11/26/2003 | | As to Self Reporting - Defendant to report to designated institution at 1/2/04 before 2:00 p.m. as to Carlos Santiago : (French, Elizabeth) (Entered: 11/26/2003) |
| 04/05/2007 | | Probation Jurisdiction Transferred to Rhode Island as to Carlos Santiago Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Stuckenbruck, John) (Entered: 04/05/2007) |